HENRY R. LOUNSBURY, Respondent, *v.* HENRY H. HAYDEN, Appellant.

(Submitted April 15, 1886 ; decided April 30, 1886.)

*Henry W. Hayden* for appellant.

*George C. Holt* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

MANASSAH BRIGGS et al., Appellants, *v.* ROBERT I. BROWN, Respondent.

(Argued April 15, 1886; decided April 30, 1886.)

*L. B. Bunnell* for appellants.

*William Peet* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.